UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RENEE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: |
| ) | 3:17-cv-00013-CDL |
| SGT. ZACH BARRETT, in his individual ) | |
| capacity, CPL. THOMPSON, in his ) | |
| individual capacity, DEPUTY JACOB ) | |
| PALMER, in his individual capacity, ) | |
| DEPUTY MATT HILL, in his individual ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Rodney Jones was subpoenaed to appear at a deposition on July 11, 2017, and failed to do so. Rodney Jones is ordered to appear before Judge Clay D. Land on October 13, 2017 at 9:00 A.M. at the United States Courthouse, 115 E. Hancock Avenue, Athens, Georgia, to explain why he should not be held in contempt for failing to comply with the subpoena. Counsel for Plaintiff shall serve this order upon Rodney Jones and upon effecting service shall file proof of service. Rodney Jones shall be excused from appearing at this hearing if he contacts counsel for plaintiff, G. Brian Spears, and makes himself available to be deposed prior to October 13, 2017.

SO ORDERED this 17th day of August, 2017.

s/Clay D. Land
CLAY D. LAND, CHIEF JUDGE
U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA