IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| RENEE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| vs. | ) | |
| | ) | NO. 3:17-CV-00013-CDL |
| SGT. ZACH BARRETT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT SCHEDULING ORDER

Upon joint motion and consent of the parties, and for good cause shown, it is hereby ORDERED that the discovery in the above-styled civil action shall be governed by the following deadlines:

**(1) Dispositive Motions**. Any dispositive motion will be due to be filed on or before December 15, 2017.

**(2) Expert Discovery Period.** In the event that the Court denies summary judgment and either (a) no interlocutory appeal is filed by a Defendant; or (b) the Court of Appeals denies an interlocutory appeal and remands the case for trial, the parties shall be permitted to engage in an expert discovery period commencing on the first day after the expiration of Defendant's time for filing an interlocutory appeal or the first day after the filing of the Eleventh Circuit mandate, and expiring

after ninety (90) days.  During the Expert Discovery Period, the parties may conduct the following discovery:

    (a)    Depositions of the Plaintiff's expert;

    (b)    Any Defendant may disclose his own expert, who shall be made available for deposition within the Expert Discovery Period; and

    (c)    Such additional documentary discovery as may be required concerning expert(s).

**(3) Pretrial Order.**  The Parties shall submit a proposed joint pretrial order within 30 days of the close of the Expert Discovery Period.

SO ORDERED, this 24th day of October, 2017.

                      s/Clay D. Land
                      CLAY D. LAND, Chief Judge
                      United States District Court
                      Middle District of Georgia

- 3

STIPULATED AND CONSENTED TO BY:

| | |
|---|---|
| /s/ Terry E. Williams | /s/ G. Brian Spears |
| TERRY E. WILLIAMS | G. BRIAN SPEARS |
| | (By TEW w/express permission) |
| Georgia Bar No. 764330 | Georgia Bar No. 670112 |
| Attorneys for Defendants | Attorneys for Plaintiff |
| | |
| Williams, Morris & Waymire, LLC | 1126 Ponce de Leon Ave., NE |
| Bldg. 400, Suite A | Atlanta, GA 30306 |
| 4330 S. Lee Street | 404-872-7086 |
| Buford, GA 30518 | 404-892-1128 |
| 678-541-0790 | bspears@mindspring.com |
| 678-541-0789 | |
| terry@wmwlaw.com | |